STATE OF CONNECTICUT *v.* ANTHONY HOLMES

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 217 (AC 16182), is denied.

BERDON, J., dissenting. I disagree and would grant certification to appeal to this court with respect to the following issue: "Did the Appellate Court properly determine that the search of the closet was justified under the plain view exception?"

*James B. Streeto*, special public defender, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided March 17, 1999

WILLIAM H. WILSON *v.* PAUL HRYNIEWICZ ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 51 Conn. App. 627 (AC 16643), is denied.

*John M. Wyzik*, in support of the petition.

*Lawrence J. Kiel*, in opposition.

Decided March 17, 1999